1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8          **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                          —o0o—

10  DARREN TYRONE LEVI,                    CASE NO. 2:12-cv-02713-EFB

11              Plaintiff,                 [~~proposed~~] **ORDER EXTENDING**
                                           **PLAINTIFF'S TIME TO FILE A MOTION**
12  vs.                                    **FOR SUMMARY JUDGMENT**

13  CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
14
                Defendant.
15  _____/

16          Pursuant to the stipulation of the parties showing good cause for a requested first

17  extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18  APPROVED.

19          Plaintiff shall file his Motion For Summary Judgment on or before ~~September 11, 2012~~

20  April 29, 2013.

21          SO ORDERED.

22  DATED:  April 2, 2013.

23                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT